U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 8 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GERALD NEAL BABINEAUX** <br> DOC #222961 | : | CIVIL ACTION NO. 2:15-cv-1792 <br> SECTION P |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **EARL B. TAYLOR, DISTRICT ATTORNEY** <br> **27TH JUDICIAL DISTRICT COURT** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as his claims are frivolous and fail to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED,** in Lake Charles, Louisiana, on this the 8th day of February, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE